**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. <u>1:14-cv-00128-BAH</u> |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 68.55.54.244, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

IN CONSIDERATION of the Motion filed by the Defendant to quash the subpoena to Comcast Cable issued in the above-captioned matter, and in further consideration of the Memorandum in opposition thereto filed by the Plaintiff, it is on this _____ day of _____, 2014 by the United States District Court for the District of Columbia hereby ORDERED, that the Defendant's Motion is DENIED.

By _____
**UNITED STATES DISTRICT JUDGE**